UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HANNAH ULERY, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-00024 |
| | ) |
| RAFFERTY, MD et al, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF ENTRY OF APPEARANCE**

I, Leslie Kane, Assistant United States Attorney, hereby enter my appearance as counsel for the United States of America in the above matter.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

ZACHARY A. CUNHA
United States Attorney

/s/ Leslie Kane
LESLIE KANE
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5001 (Fax)
Email: Leslie.Kane@usdoj.gov

## CERTIFICATION OF SERVICE

      I hereby certify that on December 5th, 2024, I electronically filed the foregoing motion and it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

                                        /s/ Leslie Kane