UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HANNAH ULERY, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:24-cv-24 |
| | ) |
| RAFFERTY, MD et al | ) |
| | ) |
| Defendant. | ) |

NOTICE OF WITHDRAWAL OF APPEARANCE

In accordance with LR Gen. 206(d)(1), please note the withdrawal of the undersigned as counsel for the United States in the above-captioned matter. The United States continues to be represented in this matter by Assistant U.S. Attorney Leslie Kane.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

ZACHARY A. CUNHA
United States Attorney

/s/ Mary Rogers
MARY ROGERS
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5001 (Fax)
Email: Mary.Rogers@usdoj.gov

CERTIFICATION OF SERVICE

      I hereby certify that on December 5th, 2024, I electronically filed the foregoing notice and it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

      /s/ Mary Rogers