UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HANNAH ULERY,<br>    Plaintiff,<br><br>v.<br><br>JASON R. RAFFERTY, M.D., MICHELLE FORCIER, M.D., JULIE LYONS, JESSICA FIDALGO TOUCINHO, ANDREW SACKETT-TAYLOR and THUNDERMIST HEALTH CLINIC,<br>    Defendants. | )<br>)<br>)<br>)   C.A. No. 1:24-CV-24-MSM-PAS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO EXTENSION OF TIME

Defendant, the United States of America, by and through undersigned counsel, respectfully requests an additional extension of up to three weeks, up to and including January 8, 2024, to answer or otherwise respond to the Complaint in the above-captioned matter. On December 4, 2024, the Court entered a Text Order and lifted the stay entered on February 26, 2024. (ECF. No. 13). Defendant contacted Plaintiff's counsel and he assents to the additional 21-day extension of time.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

ZACHARY A. CUNHA
United States Attorney

*/s/ Leslie Kane*
LESLIE KANE
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
leslie.kane@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 18, 2024, I caused the foregoing document to be filed by means of this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Fed. R. Civ. P. 5(b)(2)(E) and Local Rules Gen 304.

                                       */s/ Leslie Kane*
                                       LESLIE KANE