UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HANNAH ULERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, ex rel. | ) C.A. No. 1:24-CV-24-MSM-PAS |
| JASON R. RAFFERTY, MD; MICHELLE | ) |
| FORCIER, MD; JESSICA FIDALGO | ) |
| TOUCINHO; ANDREW SACKETT- | ) |
| TAYLOR; and THUNDERMIST | ) |
| HEALTH CENTER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ASSENTED-TO EXTENSION OF TIME

On January 2, 2025, the Court entered a Text Order and granted the Motion for Extension of Time to Answer of Defendant, the United States of America, extending such time up to and including January 8, 2025. Over the course of the original extension, Plaintiff's counsel and Defendants' Counsel have conferred on multiple occasions to discuss potential procedural resolutions of the case, but more time is needed to complete those discussions. Plaintiff, Hannah Ulery, by and through undersigned counsel, respectfully requests an additional extension of up to thirty (30) days, up to and including February 7, 2025, for Defendant to answer or otherwise respond to the Complaint in the above-captioned matter. Plaintiff contacted Defendant's counsel, and Defendant's counsel assents to the additional 30-day extension of time.

Respectfully submitted,

PLAINTIFF, HANNAH ULERY
By her Attorneys,

*/s/ Gregory P. Piccirilli, Esquire #4582*
2 Starline Way, #7
Cranston, RI  02921
Telephone No.: (401) 578-3340
gregory@splawri.com

**CAMPBELL MILLER PAYNE, PLLC**
5955 Alpha Rd #1491
Dallas, Texas 75240
Telephone: (214) 316-7156
   Ronald L. Miller
   Texas State Bar No. 24095424
   ron@cmppllc.com
   Daniel Sepulveda
   Texas State Bar No. 24100910
   daniel@cmppllc.com

## CERTIFICATE OF SERVICE

    I hereby certify that, on January 2, 2025, I caused the foregoing to be served on counsel of record via this Court's Electronic Case Filing system.

*/s/Gregory P. Piccirilli*